NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**RED HAT, INC.,**
*Plaintiff-Appellant*

**v.**

**VIRTAMOVE, CORP.,**
*Defendant-Appellee*

———————————

2025-1706

———————————

Appeal from the United States District Court for the Northern District of California in No. 5:24-cv-04740-PCP, Judge P. Casey Pitts.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                   RED HAT, INC. V. VIRTAMOVE, CORP.

(2) Each side shall bear their own costs.


FOR THE COURT



November 26, 2025                    Jarrett B. Perlow
        Date                          Clerk of Court



**ISSUED AS A MANDATE:** November 26, 2025